UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SETH HUNTER GEOFFRION,<br>on behalf of himself and all others<br>similarly situated,<br>　　　　　Plaintiff<br><br>v.<br><br>GREGORY P. TURNER,<br>Attorney at Law<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 10-11314<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff voluntarily dismisses this action.

　　　　　　　　　　　　　　　　　　Plaintiff, by:

　　　　　　　　　　　　　　　　　　*/s/Kenneth D. Quat*
　　　　　　　　　　　　　　　　　　BBO #408640
　　　　　　　　　　　　　　　　　　QUAT LAW OFFICES
　　　　　　　　　　　　　　　　　　678 Massachusetts Avenue, Suite 702
　　　　　　　　　　　　　　　　　　Cambridge MA 02139
　　　　　　　　　　　　　　　　　　617-492-0522
　　　　　　　　　　　　　　　　　　kquat@quatlaw.com

### Certificate of Service

The undersigned certifies that on October 6, 2011, the foregoing document was served on all registered users via the Court's ECF system, and on all non-registered parties via first class mail, postage prepaid.

　　　　　　　　　　　　　　　　　　*/s/Kenneth D. Quat*